# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURT ANTHONY LOOKADOO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>L.A.COUNTY SHERIFF'S DEPT.,<br><br>　　　　Respondent. | Case No. CV 16-4755 AG (AFM)<br><br>**JUDGMENT** |

　　In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

　　IT IS ORDERED AND ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: July 6, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE